# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 28, 2026

Elizabeth Dewar
DOJ-CIV
Appellate Section, Office of Immigration Litigation
PO BOX 878
BEN FRANKLIN STATION
WASHINGTON, DC 20044

OIL
DOJ-CIV
Office of Immigration Litigation
450 5TH ST NW
WASHINGTON, DC 20044

Appeal Number:  26-10960-C
Case Style:  Shahil Kotadia v. U.S. Attorney General
Agency Docket Number:  A241-109-766

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including June 3, 2026.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

EXT-1 Extension of time